```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 05388
   CALVIN JONES
   MARVA J JONES                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-8247    SSN XXX-XX-4053

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/17/2005 and was confirmed 05/11/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

    The case was dismissed after confirmation 10/31/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE C  CURRENT MORTG         .00           .00           .00
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE    5486.90            .00       5486.90
HOMEQ SERVICING CORP      CURRENT MORTG         .00           .00           .00
HOMEQ SERVICING CORP      MORTGAGE ARRE    3836.46            .00       3701.88
IRA T NEVEL               NOTICE ONLY    NOT FILED            .00           .00
B-LINE LLC                UNSECURED         999.84            .00           .00
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED        2939.20            .00           .00
B-LINE LLC                UNSECURED        1108.30            .00           .00
BANKFIRST CARD CENTER     UNSECURED     NOT FILED            .00           .00
CAPITAL ONE BANK          FILED LATE       714.22            .00           .00
CAPITAL ONE BANK          FILED LATE       714.49            .00           .00
CREDIT BUREAU ENTERPRISE  NOTICE ONLY    NOT FILED            .00           .00
CITIBANK NA               UNSECURED            .00            .00           .00
DEPENDON COLLECTION SERV  UNSECURED         688.20            .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        5937.27            .00           .00
ELMHURST MEMORIAL HOSPIT  UNSECURED        2495.25            .00           .00
ARROW FINANCIAL SERVICES  NOTICE ONLY    NOT FILED            .00           .00
CAPITAL ONE BANK          FILED LATE      1200.67            .00           .00
PELLETTIERI & ASSOC       NOTICE ONLY    NOT FILED            .00           .00
PROVIDIAN                 UNSECURED     NOT FILED            .00           .00
RESURGENT ACQUISITION LL  UNSECURED        1291.64            .00           .00
VERIZON WIRELESS          UNSECURED     NOT FILED            .00           .00
ELMHURST MEMORIAL HOSPIT  UNSECURED        1890.72            .00           .00
ECAST SETTLEMENT CORP     UNSECURED          90.06            .00           .00
LEGAL HELPERS PC          DEBTOR ATTY     1,700.00                      1,700.00
TOM VAUGHN                TRUSTEE                                         591.22
DEBTOR REFUND             REFUND                                              .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 05388 CALVIN JONES & MARVA J JONES
```

```
--------------------------------------------------------------------------------
TRUSTEE                                        11,480.00

PRIORITY                                                                 .00
SECURED                                                             9,188.78
UNSECURED                                                                .00
ADMINISTRATIVE                                                      1,700.00
TRUSTEE COMPENSATION                                                  591.22
DEBTOR REFUND                                                            .00
                                               ---------------   ---------------
TOTALS                                         11,480.00            11,480.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/25/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
   CASE NO. 05 B 05388 CALVIN JONES & MARVA J JONES